✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2026

SEAN F. MCAVOY, CLERK

for

Eastern District of Washington

U.S.A. vs.                Rodriguez, Esmeralda                Docket No.        0980 4:25CR06033-MKD-5

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Esmeralda Rodriguez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 17th day of February 2026, under the following conditions:

**Special Condition # 8: Home Detention**: Defendant shall be restricted to the approved residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations. Defendant may attend other essential activities as pre-approved by the United States Probation/Pretrial Services Office, including but not limited to employment; grocery shopping; primary caregiving; religious services; medical necessities; and substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:**: Ms. Gonzalez failed to comply with her home detention program requirements by failing to return to her residence by the approved time, on or about February 20, 2026.

On February 17, 2026, a United States Probation Officer reviewed with Ms. Gonzalez all the conditions of release which she signed a copy, acknowledging an understanding, to include special condition number 8. On this same date, the location monitoring and home detention program requirements were reviewed with her, to include approved leave and return schedule times.

On February 20, 2026, Ms. Rodriguez was approved to leave the residence to attend church.  However, Ms. Rodriguez failed to return to her residence by the approved time as required. Her step-daughter contacted the undersigned officer to report the defendant lost track of time, and this will not happen again.

On February 24, 2026, the undersigned officer reviewed with Ms. Rodriguez the program requirements, to include leaving and returning to the residence at the approved times. She verbalized understanding the potential consequences should this become a pattern and expressed a willingness to comply with all the program requirements. Therefore, at this time it is respectfully recommended no action be taken.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:        February 25, 2026

by        s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

PS-8

**Re: Rodriguez, Esmeralda**
**February 25, 2026**
**Page 2**

THE COURT ORDERS

☒]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
  Signature of Judicial Officer

2/26/2026
_____
  Date