FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ESMERALDA RODRIGUEZ,<br>Defendant. | No. 4:25-CR-06033-MKD-5<br><br>ORDER DENYING WITH LEAVE TO RENEW DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 164** |

On Thursday, August 13, 2026, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 164). Defendant was represented by court-appointed attorney Nicholas Marchi. Assistant United States Attorney Tyler Tornabene represented the United States by video.

Defendant requests the Court modify Special Condition No. 10 (ECF No. 109), which prohibits internet use, to allow Defendant to access the internet to set up video visits with her co-defendant husband, Francisco Rodriguez Martel, at the Benton County Jail. ECF No. 164. Defendant asserts that Benton County Jail has implemented a new program for video visits that uses the internet. *Id.* Defense counsel indicated he has received mixed responses from employees of the jail regarding whether the visits are recorded. The United States expressed concern

regarding Defendant's ability to access the internet beyond scheduling or conducting the video visit.

The Court needs additional information about the video visitation process to consider granting the condition modification. Defendant having free use of an internet connection is concerning, but the Court would consider granting the modification if the visits were confirmed to be recorded and promptly available to the United States. Alternatively, should the parties reach an agreement regarding the method of conducting video visits, the parties may file an agreed upon motion, and the Court will consider it without oral argument.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 164**) is **DENIED WITH LEAVE TO RENEW**.

**IT IS SO ORDERED.**

DATED August 14, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE